No. 382. PATE, WARDEN *v.* ROBINSON. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. The parties are requested to brief and argue, in addition to the questions presented, the question whether any of the further proceedings contemplated in the opinion of the Court of Appeals should be conducted in the appropriate Illinois courts rather than in the District Court. *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael* and *A. Zola Groves,* Assistant Attorneys General, for petitioner. Respondent *pro se.*

No. 331, Misc. COLLIER *v.* UNITED STATES. Motion for leave to file petition for writ of mandamus denied. Treating the papers submitted as a petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit, certiorari is granted. Motion for leave to proceed *in forma pauperis* granted. The case is transferred to the appellate docket. Petitioner *pro se. Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 414. KLEBANOW ET AL., EXECUTORS *v.* CHASE MANHATTAN BANK ET AL. C. A. 2d Cir. Certiorari denied. *Max Freund* and *Abraham M. Glickman* for petitioners. *William Eldred Jackson* for respondents.

No. 427. JESSE *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.